cl, disposed, nr, dec, cmplt, br.cmplt

**NON-PUBLIC DOCKET (Admin - All Events) FOR**
**Bankruptcy Appellate Panel for the Sixth Circuit**

**Bankruptcy Appellate Panel Docket #:** 26-8011 **Docketed:** 05/20/2026
In re: Misty Ann Keele
**Appeal From:** U.S. Bankruptcy Court - Bowling Green
**Fee Status:** fee paid

**Case Type Information:**
**1)** Bankruptcy Appellate Panel
**2)** Chapter 7 Non-Business
**3)** null

**Originating Court Information:**
**District:** 0644-1 : 18-bk-11184
**Trial Judge:** Joan A. Lloyd, U.S. Bankruptcy Judge
**Date Filed:** 12/07/2018
**Date Order/Judgment:** 05/05/2026
**Date NOA Filed:** 05/19/2026

**Prior Cases:**
None

**Current Cases:**
None

**Panel Assignment:**
**Type:** bap
**Panel:** JDA* JPG RH
**Date of Hearing:** 06/08/2026 **Date of Decision:**

In re: MISTY ANN KEELE
Debtor

------------------------------

MISTY ANN KEELE
Debtor - Appellant

Misty Ann Keele
Email: mistyknudson@GMAIL.com
[NTC Pro Se]
2677 H.E. Johnson Road
Bowling Green, KY 42103

v.

U.S. TRUSTEE
Trustee - Interested Party

Timothy E. Ruppel
Email: ustpregion08.lo.ecf@usdoj.gov
[NTC Government]

Selected Pages: 0 Selected Size: 0 KB

View Selected

Suite 512
Louisville, KY 40202

In re: MISTY ANN KEELE

Debtor

------------------------------

MISTY ANN KEELE

Debtor - Appellant

v.

U.S. TRUSTEE

Trustee - Interested Party

| | | |
|---|---|---|
| 05/20/2026 | 1<br>2 pg, 85.93 KB | Bankruptcy Appellate Panel Case Docketed. Notice filed by Appellant Misty Ann Keele. Opt out period expires 05/20/2026. (Cathryn Lovely) [Entered: 05/20/2026 10:06 AM] |
| 05/20/2026 | 2 | The case manager for this case is: Cathryn Lovely (Cathryn Lovely) [Entered: 05/20/2026 10:18 AM] |
| 05/20/2026 | | Debtor appeals from the bankruptcy court's order denying her motion to reopen the Chapter 7 proceeding and denying as moot the application to waive the reopening fee. (Cathryn Lovely) [Entered: 05/20/2026 10:20 AM] |
| 05/20/2026 | 3<br>5 pg, 1.53 MB | DESIGNATION of RECORD & STATEMENT OF ISSUES filed by Misty Ann Keele in the bankruptcy court (R. 51) on May 19, 2026, and transferred to the BAP's docket on May 20, 2026. Certificate of Service: 05/19/2026. (Cathryn Lovely) [Entered: 05/20/2026 10:24 AM] |
| 05/20/2026 | 4<br>2 pg, 78.12 KB | BRIEFING LETTER SENT setting briefing schedule: appellant brief due 06/22/2026. (Cathryn Lovely) [Entered: 05/20/2026 11:51 AM] |
| 05/20/2026 | | Case Manager's Tickler: 06/23/2026 appellant br filed? If so, select panel and submit. No appellee br. (Cathryn Lovely) [Entered: 05/20/2026 11:54 AM] |
| 05/28/2026 | 5 | The opt-out election period has expired. The case will proceed with the BAP. (Cathryn Lovely) [Entered: 05/28/2026 03:40 PM] |
| 06/03/2026 | 6 | Bankruptcy Court record complete. Case 26-8011, assigned to Bankruptcy Appellate Panel. Bankruptcy Clerk's notice that the record on appeal is available electronically. Transmission of this notice as required by FRBP 8010(b)(1) is by Notice of Electronic Filing. (Virtual event. No PDF document is attached.) (related document(s)[50] Notice of Appeal to Bankruptcy Appellate Panel. Fee Amount $298 (related document(s)[46] Order Denying Motion To Reopen Case (Related Doc [44]), Mooting Motion to Waive Filing Fee (Related Doc [45]). Filed by Debtor |

Selected Pages: Selected Size:

| | | |
|---|---|---|
| 06/08/2026 | 7 56 pg, 7.51 MB | APPELLANT BRIEF and Addendum filed by Misty Ann Keele Certificate of Service:06/08/2026. Argument Request: not requested. (Cathryn Lovely) [Entered: 06/08/2026 03:41 PM] |
| 06/08/2026 | | MEMO: Case Assignment Letter assigning the appeal to the panel of Applebaum (Presiding), Gustafson and Hagan, Bankruptcy Appellate Panel Judges. (Cathryn Lovely) [Entered: 06/08/2026 03:57 PM] |
| 06/24/2026 | | Case Manager Tickler updated: 07/29/2026 Case under review. (Cathryn Lovely) [Entered: 06/24/2026 10:17 AM] |
| 07/14/2026 | | MEMO notifying that case will be submitted on briefs. (Cathryn Lovely) [Entered: 07/14/2026 10:12 AM] |
| 07/15/2026 | 9 3 pg, 180.05 KB | ORDER filed to transfer proceedings to U.S. District Court for the Western District of Kentucky. (Cathryn Lovely) [Entered: 07/15/2026 08:19 AM] |

Selected Pages: Selected Size:

Select All Clear All

- (selected) **Documents and Docket Report**
- **Documents and Docket Summary**
- **Documents Only**

- [x] **Include Page Numbers**

Selected Pages: Selected Size: