# Case Assignment
# Standard Civil Assignment

Case number **1:26CV-121-GNS**

Assigned : Judge Greg N. Stivers
Judge Code : 4416

Assigned on 7/15/2026 9:56:57 AM
Transaction ID: 132941

Request New Judge    Return