**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF KENTUCKY**

**BOWLING GREEN DIVISION**

Misty Keele, Appellant

v.

United States Trustee, Appellee

Case No. 1:26-cv-00121-GNS

FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: Aug 21, 2026

**MOTION FOR STATUS CONFERENCE**

Appellant, Misty Keele, respectfully moves the Court to convene a status conference to address the current procedural posture of this bankruptcy appeal and to obtain clarification regarding any outstanding deadlines or required filings.

In support of this motion, Appellant states as follows:

1. This appeal was docketed on July 15, 2026, and the record reflects that no Scheduling Order, briefing deadlines, or other procedural directives have been issued by the Court.

2. Appellant has submitted her Opening Brief, and no Appellee Brief has been filed to date.

3. In the absence of a Scheduling Order or further docket activity, it remains unclear whether additional submissions are required from the parties or whether the matter is presently under consideration by the Court.

4. A status conference would promote judicial efficiency by clarifying the procedural framework governing this appeal, including:• whether the Court intends to establish a briefing schedule,

• whether any supplemental filings are necessary, and

• the present posture of the case.

This motion is made solely for the purpose of obtaining procedural guidance and does not seek to advance argument on the merits of the appeal.

WHEREFORE, Appellant respectfully requests that the Court schedule a status conference at its earliest convenience.

Respectfully submitted,

/s/ MISTY ANN KEELE

Misty Keele, Appellant, Pro Se

2677 H.E. Johnson Road

Bowling Green, Kentucky

Phone: 270-746-4371

Email: Mistyknudson@gmail.com