USDC KYWD - Notice Of Deficiency (Rev. 1/09)

# United States District Court
# Western District of Kentucky
# at Bowling Green

## *APPEAL*
## *NOTICE OF DEFICIENCY*

| | |
|---|---|
| **TO:** | Misty Ann Keele |
| **CASE #:** | 1:26-cv-121-GNS |
| **STYLE OF CASE:** | Keele v. U.S. Trustee |
| **DOCUMENT TITLE:** | Protective Notice of Appeal |
| **DATE:** | 9/29/2026 |
| **BY:** | Kim Yates<br>*DEPUTY CLERK* |

*Your Appeal has been filed. However, please be advised that your file is deficient for the following reason(s).*

**FILING FEE OF $605 OR MOTION AND AFFIDAVIT FOR PEMRISSION OF APPEAL IN FORMA PAUPERIS. You must either pay the filing fee or file a fully completed Motion and Affidavit for Permission of Appeal In Forma Pauperis. (See motion enclosed.)**
***(See 28 U.S.C. § 1915.)***

**YOU ARE GRANTED <u>30 DAYS</u> FROM THIS DATE TO REMEDY THE DEFICIENCY OR DEFICIENCIES IDENTIFIED ABOVE. <u>FAILURE TO COMPLY WITHIN 30 DAYS, WITHOUT GOOD CAUSE SHOWN, WILL RESULT IN THIS MATTER BEING BROUGHT TO THE ATTENTION OF THE COURT.</u>**