UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:26-CV-00121-GNS

MISTY ANN KEELE APPELLANT

v.

U.S. TRUSTEE APPELLEE

**ORDER**

Appellant has moved to alter or amend the opinion in this matter, but Appellee has not filed a response to the motion. Accordingly, **IT IS HEREBY ORDERED** that Appellee U.S. Trustee **SHALL** file a response to Appellant's Motion to Alter or Amend (DN 5) **on or before November 9, 2026**. Appellant may file a reply to the response within 14 days of the filing of the response.

**Greg N. Stivers, Judge**
**United States District Court**
October 26, 2026

cc: counsel of record
Appellant, *pro se*