No. 1:26-CV-00121-GNS

---

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

---

In re MISTY ANN KEELE, Debtor.

---

MISTY ANN KEELE, Appellant,

v.

U.S. TRUSTEE, Appellee.

---

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

---

**UNITED STATES TRUSTEE'S MOTION TO TERMINATE UNITED STATES TRUSTEE AS NAMED APPELLEE AND NOTICE OF NON-PARTICIPATION**

---

Paul A. Randolph, the Acting United States Trustee for Region 8 (the "United States Trustee"), by and through undersigned counsel, respectfully moves to terminate the United States Trustee as a named appellee in this appeal, and notifies the Court that he does not intend to participate in this appeal. In support, he states:

1. Appellant Misty Anne Keele filed a Notice of Appeal from the Bankruptcy Court's Order denying her motion to reopen her chapter 7 bankruptcy case. BK Dkt. 46. The Notice of Appeal identifies the U.S. Department of

Education and the U.S. Department of Justice as Appellees. BK Dkt. 50. The Notice of Appeal does not identify the United States Trustee as an Appellee. *Id.*

2. The United States Trustee did not file any documents, make any arguments, or otherwise participate in the matters relating to the Motion to Reopen Chapter 7 Case.

3. On May 20, 2026, the instant appeal was docketed in the Bankruptcy Appellate Panel for the Sixth Circuit, which did not list anyone as "Appellee." On June 8, 2026, the Appellant Misty Anne Keele filed her Appellant's Opening Brief, identifying the United States Department of Education as the Appellee in the case style and as the only party served in the Certificate of Service. BAP Dkt. 7 at 1, 35.

4. On July 15, 2026, the Bankruptcy Appellate Panel for the Sixth Circuit issued and Order, determining the matter was improperly docketed in the Bankruptcy Appellate Panel and transferring the matter to this Court. The case style of the Order listed the United States Trustee as an "Interested Party" and did not list the Department of Education. BAP Dkt. 9.

5. On July 15, 2026, the instant appeal was docketed in this Court, and the United States Trustee was identified on the docket as an Appellee in error.

6. Because the United States Trustee did not participate in the proceedings leading to the order on appeal, he is not properly named as an appellee in this appeal. *See, e.g., Voisenat v. Decker (In re Serrato)*, 117 F.3d 427, 428 (9th Cir. 1997) (holding United States Trustee was not a party when his only appearance in an adversary

proceeding was to successfully quash service of a subpoena); *compare, e.g., Yamaha Motor Corp., USA v. Perry Hollow Management Co., Inc. (In re Perry Hollow Management Co., Inc.)*, 297 F.3d 34, 38-39 (1st Cir. 2002) (holding the United States, through the United States Trustee "is a 'party' to a case . . . where it has actively participated in the proceedings").

WHEREFORE, the United States Trustee respectfully requests that the United States Trustee be terminated as a named appellee in this appeal and notifies the Court of his intention not to participate in this appeal.

November 5, 2026

Respectfully Submitted,

PAUL A. RANDOLPH
Acting United States Trustee for Region 8

/s/Carrie Ann Rohrscheib (TN022991)
Appellate Coordinator Region 8
Carrie.A.Rohrscheib@usdoj.gov
Office of the United States Trustee
Department of Justice
200 Jefferson Ave., Suite 400
Memphis, Tennessee 38103
Phone: (901) 544-3303
Fax: (901) 544-4138

## CERTIFICATE OF SERVICE

I certify that on November 5, 2026, I served the foregoing UNITED STATES TRUSTEE'S MOTION TO TERMINATE UNITED STATES TRUSTEE AS NAMED APPELLEE AND NOTICE OF NON-PARTICIPATION via the CM/ECF Electronic Filing system and by regular U.S. Mail on the following:

Misty Ann Keele
2677 H.E. Johnson Road
Bowling Green, KY 42103

U.S. Department of Education
c/o Katherine A. Bell
U.S. Attorney's Office Western District of Kentucky
717 West Broadway
Louisville, Ky 40202

U.S. Department of Justice
Civil Division
950 Pennsylvania Ave NW
Washington DC 20530

By: /s/Carrie Ann Rohrscheib (TN022991)
Carrie Ann Rohrscheib
Appellate Coordinator Region 8