No. 1:26-CV-00121-GNS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

In re MISTY ANN KEELE, Debtor.

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

# ORDER

Upon the motion by Paul A. Randolph, the Acting United States Trustee for Region 8 (the "United States Trustee") to be terminated as a named appellee in this appeal and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that the United States Trustee's motion is **GRANTED**. The United States Trustee is terminated as a named appellee in this appeal and removed from the docket in this case.